IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


UNITED STATES OF AMERICA                                PLAINTIFF/RESPONDENT

v.                                    Civil No. 05-2178
                                      Crim. No. 00-20048-001

CLAUDE MANSELL                                          DEFENDANT/MOVANT


## O R D E R

Now on this 21st day of June 2006, comes on for consideration the movant's

request for a certificate of appealability filed on June 16, 2006 (Doc. #29), in the above styled case.

The court finds, for the reasons set forth in the Statement of Reasons for Denial of Certificate

of Appealability filed concurrently herewith, that the said motion should be and hereby is denied.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 2 1 2006

CHRIS R. JOHNSON, CLERK

BY
        DEPUTY CLERK